**E-FILED**
Tuesday, 04 March, 2008  12:07:35 PM
Clerk, U.S. District Court, ILCD



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED
MAR 0 3 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Matthew E. Getz
_____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

           vs.         Case No: _____*08-3063*_____
                         (To be supplied by the <u>Clerk of this Court</u>)

Christian County Sheriff Robert Kinderman
_____

Christian County Chief Deputy David L. ~~Mahahx~~ Mahan
_____

Christian County Correctional Center Administrator, James Bedinger
_____

Correctional Officer Jeremy Tucker
_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

X      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
        **U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: Matthew E. Getz

    B. List all aliases: Matt Getz

    C. Prisoner identification number: S07002

    D. Place of present confinement: Vandalia Correctional Center

    E. Address: PO Box 500, Vandalia, IL 62471

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Robert E. Kinderman

    Title: Christian County Sheriff

    Place of Employment: Christian County Correctional Center

    B. Defendant: David L. Mahan

    Title: Christian County Chief Deputy

    Place of Employment: Christian County Correctional Center

    C. Defendant: James Bedinger

    Title: Christian County Jail Administrator

    Place of Employment: Christian County Correctional Center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

II. **Defendant's (cont'd)**

    D. Defendant- Jeremy Tucker

       Title- Corrections Officer

       Place of Employment- Christian County Correctional Center

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _N/A_____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The Christian County Sheriff and his employees running the Christian County Correctional Center were deliberately indifferent to my serious medical needs in that they ignored a grave medical condition, refused to seek treatment for for the same, denied medication and avoided the advise of trained medical personnel with recommended treatment. All of this occurred while I was in the care and custody of the Christian County Sheriff and the Correctional Center.

On January 22, 2007, I had an asthma attack while in my cell at the Christian County Correctional Center (CCCC) and subsequently passed out. My cellmates, Marvin Bland and Kenny Shuff, yelled for the Correctional Officers who found me passed out on the floor of the cell. I awoke to the voice of the Jail Administrator, James Bedinger, stating that I would be alright since I was breathing. I was still on the floor, dizzy and out of breath. After resting for a few minutes, I was walked up to the desk where I was observed by jail personnel while they discussed whether to take me to the E.R. or the doctor. Eventually, I was transported to the Taylorville Illinois Hospital where medical personnel evaluated me and medication was prescribed for 30 days. My parents also brought in a breathing machine that I was allowed to use on a

IV. **Statement of Claim: (cont'd)**

limited basis.

After 30 days, I ran out of my medication and the Correctional Center would not refill it. I continued to request to see a doctor regarding my shortness of breath and dizzyness, with no response. I grieved this lack of medical attention (copy attached) with no reply. On March 9, 2007, I passed out again because of another asthma attack including dizzyness and shortness of breath. I again must have hit my head, since again, my head hurt after the fall (also the back of my neck). The Correctional Officers on duty took me to the front and then to the Taylorville Hospital. I was treated on arrival and given medication again, then transported back to the Jail. The following day, March 10, I collapsed again from another asthma attack. The fall again injured my head and again, it took my cellmates yelling for the correctional officers to come and get me from my cell. I was dizzy and confused and the Correctional Officer Tucker and a Sheriff's Deputy took me to a padded cell where I was left for 3 days. I did not see a doctor, nurse or any other medical personnel. After the 3 days, I was taken to Christian County Mental Health and saw a woman named Sue (I believe she is the head psychiatrist). She told the jail personnel that I needed to be put on the breathing machine and given medication for my condition.

I was finally taken to see a doctor at the Taylorville Clinic some time later. He prescribed me medication and told me I needed to take breathing treatments 3 or 4 times per day. I did not receive these treatments and my breathing continued to be labored and I was dizzy most of the time.

I feel that my constitutional rights were violated by the deliberate indifference of the Christian County Correctional Center personnel. I was in their care and custody, without means to help myself, and the denied me treatment, causing me pain and suffering and the real possibility of long term damage to my person.

5

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the court to make the Christian County Sheriff and Correctional Center pay attention to and treat the medical needs of their wards. To compensate me for the physical pain suffered due to their indifference and negligence, and for pain and suffering and possible future related medical problems, I ask that the court award damages in the amount of $100,000.00

VI.  The plaintiff demands that the case be tried by a jury.   [x] YES   [ ] NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 27th day of February, 20 08

*(signature)*

Matthew E. Getz, S07002
(Signature of plaintiff or plaintiffs)

Matthew E. Getz
(Print name)

S07002
(I.D. Number)

PO Box 500, Vandalia, IL 62471
(Address)

6

Revised 9/2007

CHRISTIAN COUNTY CORRECTIONAL CENTER
INMATE REQUEST AND/OR GRIEVANCE FORM

INMATE'S NAME __MATTHEW GETZ__ CELLBLOCK __BP__ DATE __12-15-06__

(INSTRUCTIONS)
1. PRINT INFORMATION NEATLY
2. PROVIDE AS MUCH INFORMATION AS POSSIBLE
3. PLACE AN (X) IN THE BOX YOU ARE REQUESTING

ADMINISTRATION
__X__ COMPLAINT ABOUT TREATMENT __ SPECIAL VISIT
____ OTHER __ DISCIPLINARY APPEAL __

MEDICAL SECTION
____ SICKNESS __ INJURY __ MEDICATION __ DENTAL
____ DEPRESSION

OTHER CONCERNS
____ PERSONAL PROPERTY __ COMMISSARY
____ ACCOUNT BALANCE __ HAIRCUT

EXPLANATION FOR GRIEVANCE OR REQUEST

Not getting my meds for dep. Feel like flipping out on something. Got to see a doctor or get me a script for my meds please sir let me know something? Thanks

INMATE'S SIGNATURE _____ DATE 12-15-06

STAFF RESPONSE

MATT, IF YOU ARE SUPPOSED TO BE ON MEDICATION, I NEED TO KNOW THE NAME OF YOUR DOCTOR & WHAT MEDS YOU WERE TAKING. I TALKED TO SUE FROM MENTAL HEALTH ON 12-19-06 & SHE SAID THEY CAN'T GIVE YOU ANYTHING. HELP ME HELP YOU, GIVE ME THE ABOVE INFORMATION.

OFFICER'S SIGNATURE __J. Budinger__ DATE 12-20-06

RESPONDED SAME DAY

CHRISTIAN COUNTY CORRECTIONAL CENTER
INMATE REQUEST AND/OR GRIEVANCE FORM

INMATE'S NAME _Matthew Getz_ CELLBLOCK _BP_ DATE _01-08-07_

(INSTRUCTIONS)
1. PRINT INFORMATION NEATLY
2. PROVIDE AS MUCH INFORMATION AS POSSIBLE
3. PLACE AN (X) IN THE BOX YOU ARE REQUESTING

ADMINISTRATION
   _X_ COMPLAINT ABOUT TREATMENT __SPECIAL VISIT
   _X_ OTHER __DISCIPLINARY APPEAL__

MEDICAL SECTION
   __SICKNESS __INJURY _X_ MEDICATION __DENTAL
   __DEPRESSION

OTHER CONCERNS
   __PERSONAL PROPERTY __COMMISSARY
   __ACCOUNT BALANCE __HAIRCUT

EXPLANATION FOR GRIEVANCE OR REQUEST

MR. KINDERMANN!
I NEED TO SEE A DOCTOR ABOUT MY ASTHMA. I'M A ASTHMATIC! I'VE BEEN HAVING TROUBLE BREATHING SINCE I GOT HERE! SHORTNESS OF BREATH, COUGHING. I GOT MY PUFFERS AND INHAILERS BROUGHT IN, BUT NOT HELPING. I NEED MY BREATHING TREATMENTS ON MY MACHINE. THIS IS A DISORDER, I DO NEED HELP IN THIS ISSUE!

INMATE'S SIGNATURE _____ DATE _01-08-07_

STAFF RESPONSE

OFFICER'S SIGNATURE _____ DATE _____

CHRISTIAN COUNTY CORRECTIONAL CENTER
INMATE REQUEST AND/OR GRIEVANCE FORM
INMATE'S NAME M. Goetz  CELLBLOCK BP  DATE 01-22-07

(INSTRUCTIONS)
1. PRINT INFORMATION NEATLY
2. PROVIDE AS MUCH INFORMATION AS POSSIBLE
3. PLACE AN (X) IN THE BOX YOU ARE REQUESTING

ADMINISTRATION
__COMPLAINT ABOUT TREATMENT __SPECIAL VISIT
__OTHER __DISCIPLINARY APPEAL__

MEDICAL SECTION
__SICKNESS __INJURY __MEDICATION __DENTAL
__DEPRESSION

OTHER CONCERNS
__PERSONAL PROPERTY __COMMISSARY
__ACCOUNT BALANCE __HAIRCUT

EXPLANATION FOR GRIEVANCE OR REQUEST

12:30pm WENT DOWN, HAD TO GO TO T-ville ER. HAD A BUNCH OF TESTS 3:15pm BACK FROM ER WITH SHERIFF KINDERMANN! GOT PUFFER AND MEDICATION FROM RENEES 5:00pm NO MOTRIN

INMATE'S SIGNATURE_____ DATE_____

STAFF RESPONSE
AGAIN ON MARCH 9TH & 10TH WENT TO ER, ON 03-09-2007 THEN WENT DOWN AGAIN ON 03-10-2007, BUT WENT TO PADDED CELL NOT HOSPITAL NOT RIGHT, I HIT MY HEAD SEVERAL TIMES

OFFICER'S SIGNATURE_____ DATE_____

SAVE!

12:30 - Matt went down - HAD TO go TO T'ville E.R. ASTHMA ATTACK

3:08 - Heard voice SHeriFF
3:10 - Jim said Matt - SHeriFF still A Hospital!!
3:15 MATT BACK From E.R.!

```
   1
  86           4.25
  85     150   4.20
 ———          3.00
 181          ————
              11.45
               181
              —————
              13.26
                60
              —————
   SAVE       13.86
                75
              —————
              14.61
```

PRISONER CORRESPONDENCE FORM

Please fill out and return this form along with any other pleading you wish to submit to the court. It is your responsibility to keep the court advised of your current address in order for you to receive orders from the court. Failure to do so may result in dismissal of your case for want of prosecution. Once the Prisoner Correspondent records this information, this form will be destroyed.

**PLEASE PRINT**

1. Name:
   Matthew Edward Getz
   (First)               (Middle)               (Last)

   List Alias Names, if any: Matt Getz

2. Any Current/Prior
   Prison ID Number(s): IDOC #S07002

   Name of Prison(s): Christian County Jail, Graham CC (Southern Receiving Center, IDOC) Vandalia Correctional Center (Current)

3. Jail ID Number(s): N/A

   Name of Jail(s): Christian County Correctional Center

4. Date of Birth: 4/13/75

5. Home Address (Do not use P.O. Box):

   Street Name and Number: #2 N. John Street

   City, State and Zip Code: Pana, IL 62557

   Current Address
   Matthew Getz, S07002
   PO Box 500
   Vandalia, IL 62471